UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

VANCE S. ELLIOTT,

    Plaintiff,

    v.

DANIELLE RUSELIN,

    Defendant.

Case No. 14-mc-80243-WHO

**ORDER FINDING COMPLAINT NOT BARRED BY PRE-FILING REVIEW ORDER**

Re: Dkt. No. 1

On February 15, 2006, plaintiff Vance Elliot was adjudged a vexatious litigant subject to pre-filing review. *Elliott v. Marsh*, (N.D. Cal. February 15, 2006) (order adjudging plaintiff a vexatious litigant subject to pre-filing review). The order required Mr. Elliot to "obtain leave of court before filing any motion, complaint or other papers involving any claims that have been the subject of or are related to claims in this action." *Id*. In *Elliott v. Marsh*, Mr. Elliot alleged that John Marsh posed as a minister of the First Unitarian Universalist Church and used the collection dish to pilfer more than $100,000. *See Elliott v. Marsh*, (N.D. Cal. October 6, 2004) (order to show cause why Mr. Vance should not be declared vexatious litigant). Mr. Elliot also alleged that Mr. Marsh assaulted "the Intern Rali" and conspired to murder an unnamed third party. *Id*.

On August 26, 2014, Mr. Elliot filed a "Complaint of Slander" with this Court, naming Danielle Roselin as defendant. Mr. Eliott appears to allege that Ms. Roselin, a psychiatrist employed by the Department of Veterans Affairs, slandered him by describing him as a schizophrenic. These claims are not "subject of" or "related to" the claims in the *Elliott v. Marsh* action. Mr. Elliot's current claims are therefore not barred by the pre-filing review order and he does not need leave of the Court to file it. His complaint is FILED.

**IT IS SO ORDERED**.

Dated: September 3, 2014

WILLIAM H. ORRICK
United States District Judge